AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**KAJEET, INC.,**
*Plaintiff*

V.

Civil Action No. **6:21–CV–00704–ADA**

**INFOWEISE PTY., LTD.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Infoweise Pty., Ltd.**
    **c/o Secretary of State**
    **James E. Rudder Building**
    **1019 Brazos, Room 105**
    **Austin, Texas 78701**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

          **Corby R. Vowell**
          **Friedman, Suder & Cooke**
          **604 E. 4th Street**
          **Suite 200**
          **Fort Worth, TX 76102**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**

CLERK OF COURT

**s/LEIGH ANNE DIAZ**

DEPUTY CLERK

**ISSUED ON 2021–07–07 16:12:26**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21–CV–00704–ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Infoweise Pty., Ltd. by delivering to the Secretary of State was received by me on *(date)* Jul 8, 2021, 10:33 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michelle Robinson agent for the Secretary of State , who is designated by law to accept service of process on behalf of *(name of organization)* Infoweise Pty., Ltd. on *(date)* Thu, Jul 08 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 7/09/2021

_____
Server's signature

Dane Ray Cuppett        Process Server
_____
*Printed name and title*

604 West 9th Street, Suite B, Austin, TX 78701
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 8, 2021, 2:39 pm CDT at James E. Rudder Building: 1019 Brazos St Room 105, Austin, TX 78701-2413 received by Infoweise Pty., Ltd. by delivering to the Secretary of State. An administrative fee of $55.00 was also tendered. Description of Person Served: Age: 48, Sex: F, Race/Skin Color: White, Height: 5'9", Weight: 160, Hair: Grey, Glasses: N