IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § § | |
|     Plaintiff, | § § | CIVIL ACTION NO. 6:21-cv-704-ADA |
| v. | § § | **JURY TRIAL DEMANDED** |
| INFOWEISE PTY., LTD., | § § § | |
|     Defendant. | § | |

**ENTRY OF DEFAULT**

On this the ___ day of _____, 2021, it appearing from the Declaration in Support of Default of Corby R. Vowell, attorney for Plaintiff, Defendant INFOWEISE PTY., LTD. has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure.

NOW, THEREFORE, the default of Defendant INFOWEISE PTY., LTD. is hereby entered.

_____
CLERK OF COURT

1