# EXHIBIT C

**FRIEDMAN, SUDER & COOKE**
A PROFESSIONAL CORPORATION OF ATTORNEYS
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102

Main 817.334.0400
Fax 817.334.0401
Tax I.D. No. 75-2457655

|  |  |
|---|---|
| Kajeet, Inc.<br>7901 Jones Branch Drive<br>Suite 350<br>McLean  VA  22102 | Page: 1<br>11/10/2021<br>Account No:   111403-27M<br>Invoice No.        41044 |

Attn: Daniel Neal

Infoweise Pty., Ltd.

### Contingency Matter - Bill Expenses Monthly

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/22/2021 | RAW | Research | 0.75 | 206.25 |
| 06/23/2021 | RAW | Research    draft | 2.50 | 687.50 |
| 06/24/2021 | RAW | Draft | 2.00 | 550.00 |
| 06/25/2021 | RAW | Draft | 4.00 | 1,100.00 |
| 06/27/2021 | MTC | Review | 0.25 | 143.75 |
| 06/28/2021 | CAD | Draft | 0.25 | 48.75 |
| 07/28/2021 | CAD | Research            email communications with | 0.50 | 97.50 |
| 07/29/2021 | CAD | Additional research about | 0.25 | 48.75 |
| 08/16/2021 | CAD | research regarding    draft email communications with |  |  |

```
                                                                        Page: 2
    Kajeet, Inc.                                                      11/10/2021
                                                       Account No:   111403-27M
                                                        Invoice No.       41044
    Infoweise Pty., Ltd.
```

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  |  | 1.00 | 195.00 |
| 09/01/2021 | CAD | Draft | 0.50 | 97.50 |
| 09/16/2021 | CRV | Research conference with | 3.50 | 1,400.00 |
| 09/17/2021 | CRV | Research review | 3.00 | 1,200.00 |
| 10/26/2021 | CRV | Research case law | 1.75 | 700.00 |
| 10/27/2021 | CAD | Research regarding | 0.25 | 48.75 |
|  | CRV | Research draft | 3.75 | 1,500.00 |
| 10/28/2021 | CRV | Research draft | 1.50 | 600.00 |
| 11/08/2021 | CRV | Review and revise draft | 3.25 | 1,300.00 |
| 11/09/2021 | CRV | Review and revise | 4.50 | 1,800.00 |
|  |  | **FOR CURRENT SERVICES RENDERED** | 33.50 | 11,723.75 |

**Recapitulation**

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael T. Cooke | 0.25 | $575.00 | $143.75 |
| Corby R. Vowell | 21.25 | 400.00 | 8,500.00 |
| Cindy A. Dunn | 2.75 | 195.00 | 536.25 |
| Richard A. Wojcio, Jr. | 9.25 | 275.00 | 2,543.75 |

TOTAL CURRENT CHARGES                                                  11,723.75

Kajeet, Inc.

Infoweise Pty., Ltd.

Page: 3
11/10/2021
Account No: 111403-27M
Invoice No. 41044

BALANCE DUE $11,723.75

**Please include your Account Number 111403.27
and your Invoice Number on your check.**

**Note: Payments received after 11/01/21
may be reflected on your next statement.**