# EXHIBIT E



https://play.google.com/store/apps/details?id=com.infoweise.parentalcontrol.secureteen&hl=en_US&gl=US