IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **KAJEET, INC.,**<br>　　　　　**Plaintiff,**<br><br>v.<br><br>**INFOWEISE PTY., LTD.,**<br>　　　　　**Defendant.** | 6:21-CV-00704-ADA |

### ORDER TO SHOW CAUSE

This case was filed on July 7, 2021. ECF No. 1. On July 15, 2022, this Court denied Plaintiff's Motion for Default Judgment because the Court determined that Plaintiff had not shown that Defendant had been properly served. ECF No. 17. Over eight months later, there have been no additional filings in this matter.

Plaintiff is hereby **ORDERED** to explain the absence of any attempts to effectuate service and why the Court should not dismiss this case for want of prosecution within one week of this order. Plaintiff is hereby notified that, in the absence of a reasonable explanation, the Court may *sua sponte* dismiss this case without prejudice.

**SIGNED** this 20th day of March, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1